IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JUN ZHANG,                     )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:11cv770-MHT
                               )         (WO)
TROY UNIVERSITY,               )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Jun Zhang's objections (doc. no. 73) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 63) is adopted.

(3) Defendant Troy University's motion for summary judgment (doc. no. 33) is granted.

(4) Judgment is entered in favor of defendant Troy University and against plaintiff Zhang, with plaintiff Zhang taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Zhang, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of August, 2012.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE